## 47216.   NEAL v. HOWARD JOHNSON, INC. et al.

STOLZ, Judge. The validity of the award of the State Board of Workmen's Compensation having been upheld in *Neal v. Insurance Co. of N. America,* 125 Ga. App. 152 (186 SE2d 552), the trial court did not err in its judgment sustaining the motion to dismiss the claimant's action to set aside the award.

*Judgment affirmed. Bell, C. J., and Evans, J., concur.*

SUBMITTED MAY 22, 1972—DECIDED JUNE 8, 1972—
REHEARING DENIED JUNE 27, 1972—

*Wade H. Leonard,* for appellant.
*McCamy, Minor, Phillips & Tuggle, J. T. Fordham,* for appellees.